## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In re: <br><br> JENNY BENTAN <br><br> Debtor(s) | Case No. 15-10246 |

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 03/23/2015.

2) The plan was confirmed on 07/20/2015.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was completed on 07/27/2018.

6) Number of months from filing to last payment: 40.

7) Number of months case was pending: 42.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $7,599.00.

10) Amount of unsecured claims discharged without payment: $47,485.46.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

Case 15-10246    Doc 50    Filed 09/18/18    Entered 09/18/18 07:39:00    Desc Main
              Document      Page 2 of 4


**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $7,416.00 |
| Less amount refunded to debtor | $0.00 |
| **NET RECEIPTS:** | **$7,416.00** |

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $3,998.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $322.01 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$4,320.01** |
| Attorney fees paid and disclosed by debtor: | $2.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| ALAN M DIDESCH | Unsecured | 5,500.00 | NA | NA | 0.00 | 0.00 |
| AMCA | Unsecured | 55.86 | NA | NA | 0.00 | 0.00 |
| AT&T SERVICES INC | Unsecured | 559.99 | 1,459.95 | 1,459.95 | 200.08 | 0.00 |
| ATG CREDIT | Unsecured | 593.00 | NA | NA | 0.00 | 0.00 |
| CARMAX AUTO FINANCE | Unsecured | 7,215.00 | NA | NA | 0.00 | 0.00 |
| CASHNET USA | Unsecured | 703.36 | NA | NA | 0.00 | 0.00 |
| CAVALRY SPV I LLC | Unsecured | 655.96 | 551.14 | 551.14 | 75.53 | 0.00 |
| CERTEGY | Unsecured | 122.00 | NA | NA | 0.00 | 0.00 |
| CITY OF CHICAGO DEPT OF REVENU | Unsecured | 780.00 | 1,140.00 | 1,140.00 | 156.24 | 0.00 |
| CITY OF CHICAGO DEPT OF REVENU | Unsecured | 600.00 | NA | NA | 0.00 | 0.00 |
| CLAIMS ACCOUNTING | Unsecured | 147.37 | NA | NA | 0.00 | 0.00 |
| Comcast | Unsecured | 603.00 | NA | NA | 0.00 | 0.00 |
| COMCAST | Unsecured | 603.13 | NA | NA | 0.00 | 0.00 |
| COMCAST | Unsecured | 1,079.66 | NA | NA | 0.00 | 0.00 |
| COMENITY BANK | Unsecured | 784.00 | NA | NA | 0.00 | 0.00 |
| COMENITY BANK | Unsecured | 1,527.00 | NA | NA | 0.00 | 0.00 |
| COMENITY BANK | Unsecured | 2,607.19 | NA | NA | 0.00 | 0.00 |
| COMENITY BANK | Unsecured | 1,104.62 | NA | NA | 0.00 | 0.00 |
| COMMONWEALTH EDISON | Unsecured | 138.39 | 140.45 | 140.45 | 19.25 | 0.00 |
| DRIVE CLEANING INC | Unsecured | 172.21 | NA | NA | 0.00 | 0.00 |
| EXPRESS PAYMENT DEPT | Unsecured | 44.50 | NA | NA | 0.00 | 0.00 |
| FIRST PREIMER BANK | Unsecured | 858.71 | NA | NA | 0.00 | 0.00 |
| GECRB/WALMART | Unsecured | 430.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS SECRETARY OF STATE | Unsecured | 1,327.49 | NA | NA | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC | Unsecured | 859.00 | 859.25 | 859.25 | 117.76 | 0.00 |
| JUST ENERGY | Unsecured | 137.60 | NA | NA | 0.00 | 0.00 |
| KAHN SANFORD LTD | Unsecured | 1,300.00 | NA | NA | 0.00 | 0.00 |
| KAY JEWELERS | Unsecured | 1,018.00 | NA | NA | 0.00 | 0.00 |
| LORD & TAYLOR | Unsecured | 231.89 | NA | NA | 0.00 | 0.00 |
| LVNV FUNDING | Unsecured | 711.00 | 711.29 | 711.29 | 97.48 | 0.00 |
| OMEGA RMS LLC | Unsecured | 2,559.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ORTHOPEDIC SPECIALISTS SC | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |
| PEARL BEAUTY SUPPLY | Unsecured | 327.00 | NA | NA | 0.00 | 0.00 |
| PEOPLES GAS LIGHT & COKE CO | Unsecured | 363.00 | NA | NA | 0.00 | 0.00 |
| PEOPLES GAS LIGHT & COKE CO | Unsecured | 400.00 | NA | NA | 0.00 | 0.00 |
| PRA RECEIVABLES MGMT | Unsecured | 211.00 | 211.84 | 211.84 | 29.03 | 0.00 |
| PRA RECEIVABLES MGMT | Unsecured | 430.28 | 385.28 | 385.28 | 52.80 | 0.00 |
| QUANTUM3 GROUP LLC | Unsecured | 1,098.00 | 1,098.18 | 1,098.18 | 150.51 | 0.00 |
| QUANTUM3 GROUP LLC | Unsecured | 1,018.25 | NA | NA | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC | Unsecured | 1,067.00 | 1,067.67 | 1,067.67 | 146.32 | 0.00 |
| QUANTUM3 GROUP LLC | Unsecured | 2,607.00 | 2,505.19 | 2,505.19 | 343.33 | 0.00 |
| QUANTUM3 GROUP LLC | Unsecured | 1,544.75 | 1,612.67 | 1,612.67 | 221.01 | 0.00 |
| QUANTUM3 GROUP LLC | Unsecured | 851.87 | 849.06 | 849.06 | 116.36 | 0.00 |
| QUANTUM3 GROUP LLC | Secured | NA | 1,018.25 | 1,018.25 | 1,018.25 | 63.90 |
| STATE FARM INSURANCE | Unsecured | 2,102.49 | 2,102.49 | 2,102.49 | 288.14 | 0.00 |
| SYNCB | Unsecured | 551.00 | NA | NA | 0.00 | 0.00 |
| SYNCB | Unsecured | 671.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $1,018.25 | $1,018.25 | $63.90 |
| **TOTAL SECURED:** | **$1,018.25** | **$1,018.25** | **$63.90** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$14,694.46** | **$2,013.84** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $4,320.01 |
| Disbursements to Creditors | $3,095.99 |
| **TOTAL DISBURSEMENTS:** | **$7,416.00** |

**UST Form 101-13-FR-S (09/01/2009)**

   12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 09/18/2018        By: /s/ Tom Vaughn
                    Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**